**Dawn Attwood**
Member of the Firm
dattwood@pashmanstein.com
Direct: 201.270.4942



July 1, 2021

<u>**Via Electronic Filing**</u>
Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6E
Trenton, New Jersey 08608

        Re:    <u>**Gibson v. Valvano, et al.**</u>
                  **Docket No. 3:21-cv-03150-MAS-TJB**

Dear Judge Bongiovanni:

       This firm represents defendant Sgt. Francis Cascarelli (incorrectly pleaded as Sgt. Casavelli) in the above-referenced matter. Attached is a proposed Consent Order extending defendant's time to respond to plaintiff's Amended Complaint to July 23, 2021, to which plaintiff's counsel has agreed. If acceptable to the Court, we respectfully request that the Order be signed and entered.

       We thank the Court for its consideration, and counsel for her courtesy.

                                    Respectfully submitted,

                                    *s/Dawn Attwood*
                                    DAWN ATTWOOD

DA:mjc
Encl.
cc: All Counsel of Record (via electronic filing)

Court Plaza South
21 Main Street, Suite 200
Hackensack, NJ 07601

Phone: 201.488.8200
Fax: 201.488.5556
www.pashmanstein.com