John J. Peirano, Esquire
**McELROY, DEUTSCH, MULVANEY**
**& CARPENTER, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100
Attorneys for Defendant Anthony Valvano

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIEAUNA GIBSON,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VALVANO, AMIR BETHEA, KELLY BURLIAN, DIANA TORRES, JOSEPH RIOTTO, FRANCIS CASCARELLI, SCO F/N/U GREEN A/K/A BASKERVILLE, KEVIN PEREZ, SEAN ST. PAUL, SARAH DAVIS, ROBIN KELLER AND JOHN DOES 1 TO 10, ALL INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS NEW JERSEY DEPARTMENT OF CORRECTIONS OFFICERS AND/OR EMPLOYEES; AND MARCUS HICKS, COMMISSIONER OF THE STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, IN HIS OFFICIAL CAPACITY, ONLY,<br><br>Defendants. | Civil Action No. 21-3150(MAS)(TJB)<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION FOR STAY** |

**TO:**   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that on August 16, 2021, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Anthony Valvano ("Valvano")

4461543_1

will move before the Honorable Michael A. Shipp, U.S.D.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order granting Valvano's Motion to Stay, or in the alternative, for additional time to answer, move or otherwise respond to the Amended Complaint following entry of an order denying the motion to stay.

**PLEASE TAKE FURTHER NOTICE** that Valvano relies upon the enclosed Memorandum of Law and Certification of John J. Peirano, Esq.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is annexed hereto in accordance with L. Civ. R. 7.1(e).

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested on the motion.

Dated: July 16, 2021                               Respectfully submitted,

*s/ John J. Peirano*
John J. Peirano
McELROY, DEUTSCH, MULVANEY & CARPENTER LLP
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962
Telephone:   (973) 993-8100
Facsimile:    (973) 425-0101
Email:          jpeirano@mdmc-law.com
*Attorneys for Defendant Anthony Valvano*