**Lydia B. Cotz**
*Attorney at Law*

| | |
|---|---|
| 47 S Franklin Turnpike<br>Ramsey, New Jersey 07446 | Phone 201-327-0900<br><br>cotzlaw@aol.com |

July 28, 2021

Hon. Tonianne Bongiovanni, USMJ
United States Court House
Trenton, NJ

RE: Gibson v Valvano, et als
    Case No 3:21-cv- 03150

Honorable Judge:

    Defendants Hicks and Davis have filed a Motion to Dismiss as to themselves. DAG Sandora has graciously consented to an adjournment, so that my response to this motion will be due on August 23rd.  I ask that Your Honor approve this adjournment.

                                    Respectfully,

                                    /S/ *Lydia B. Cotz*

LBC/hs