**Lydia B. Cotz**
*Attorney at Law*

47 S Franklin Turnpike                                      Phone 201-327-0900
Ramsey, New Jersey 07446

                                                            cotzlaw@aol.com

July 28, 2021

Hon. Tonianne Bongiovanni, USMJ
United States Court House
Trenton, NJ

RE: Gibson v Valvano, et als
    Case No 3:21-cv- 03150

Honorable Judge:

    Defendants Hicks and Davis have filed a Motion to Dismiss as to themselves. DAG Sandora has graciously consented to an adjournment, so that my response to this motion will be due on August 23rd.  I ask that Your Honor approve this adjournment.

                          Respectfully,

                          /S/ *Lydia B. Cotz*

LBC/hs

                          So Ordered this 28th day of July, 2021.

                          /s/ Mashipp
                          **Honorable Michael A. Shipp, U.S.D.J.**