**LITE DEPALMA GREENBERG & AFANADOR, LLC**
Victor A. Afanador, Esq.
570 Broad Street, Suite 1201
Newark, New Jersey 07102
Phone: (973) 623-3000
Fax: (973) 623-0858
vafanador@litedepalma.com

*Attorneys for Defendant, Sean St. Paul*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIEAUNA GIBSON,<br><br>               Plaintiff,<br>v.<br><br>ANTHONY VALVANO; AMIR BETHEA;<br>KELLY BURLIAN; DIANA TORRES;<br>LT. F/N/U RIADO, SGT. F/N/U CASAVELLI<br>SCO F/N/U GREEN A/K/A BASKERVILLE;<br>SCO F/N/U PEREZ; SEAN ST. PAUL; SARAH<br>DAVIS; HELEN KELLER AND JOHN DOES<br>1 TO 10, ALL INDIVIDUALLY AND IN THEIR<br>OFFICIAL CAPACITIES AS NEW JERSEY<br>DEPARTMENT OF CORRECTIONS OFFICERS<br>AND/OR EMPLOYEES; AND MARCUS HICKS,<br>COMMISSIONER OF THE STATE OF NEW<br>JERSEY DEPARTMENT OF CORRECTIONS,<br>IN HIS OFFICIAL CAPACITY, ONLY<br><br>               Defendants. | Civ. No.: 2:21-cv-03150 |

**STIPULATION TO EXTEND TIME**

      This matter having come before the Court upon the application of Defendant Sean St. Paul, requesting an extension of time, until August 23, 2021, in which to Answer or otherwise

884107.1

move as to the Amended Complaint of Brieauna Gibson; and counsel for Plaintiff having consented to the extension; and for good cause shown;

IT IS on this  2nd  day of  August , 2021

ORDERED that the time within which the Defendant Sean St. Paul may serve an Answer or otherwise move as to Plaintiff's Amended Complaint is hereby extended until, August 23, 2021.

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.

The undersigned consent to the entry of this Order

| **THE LAW FIRM OF LYDIA B. COTZ** | **LITE DEPALMA GREENBERG & AFANADOR, LLC** |
|---|---|
| /s/ Lydia B. Cotz | /s/ Victor A. Afanador |
| Lydia B. Cotz, Esq. | Victor A. Afanador, Esq. |
| Attorney for Plaintiff | Attorneys for Defendant, Sean St. Paul |

884107.1