

| | State of New Jersey | |
|---|---|---|
| Philip D. Murphy<br>*Governor* | Office of the Attorney General<br>Department of Law and Public Safety<br>Division of Law<br>25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112 | Jeremy M. Feigenbaum<br>*Acting Attorney General* |
| Sheila Y. Oliver<br>*Lt. Governor* | | Michelle L. Miller<br>*Director* |

August 31, 2021

Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 5W
Trenton, NJ 08608

    Re: Brieauna Gibson v. Anthony Valvano, et al.
        Civil Action No. 3:21-CV-03150

Dear Judge Shipp:

This Office represents Defendants Sarah Davis and Marcus Hicks in the above-referenced matter. Pending before the Court is Defendants motion to dismiss (ECF No. 27), which Plaintiff has opposed (ECF No. 41). In light of Plaintiff's Motion to Amend her Complaint (ECF No. 43), which Defendants Davis and Hicks do not oppose, they will be withdrawing their motion to dismiss without prejudice. Defendants Davis and Hicks reserve the right file a motion to dismiss as to the Third Amended Complaint, in the event the Court grants Plaintiff's Motion.

                              Respectfully submitted,

                              JEREMY M. FEIGENBAUM
                              ACTING ATTORNEY GENERAL

                By: /s/ Niccole L. Sandora
                              Niccole L. Sandora
                              Deputy Attorney General

cc: All counsel of record via ECF.

So Ordered this 1st day of September, 2021.

*[signature]*

**Honorable Michael A. Shipp, U.S.D.J.**



Hughes Justice Complex • Telephone: (609) 609-376-2440 • Fax: (609) 777-3607
*New Jersey Is an Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*