

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

## State of New Jersey
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

Jeremy M. Feigenbaum
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

November 29, 2021

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6E
Trenton, NJ 08608

> Re: Brieauna Gibson v. Anthony Valvano, et al.
> Docket No. 3:21-CV-03150

Dear Judge Bongiovanni:

This joint letter is in response to the Court's 11/18/21 email order instructing the parties to provide a status update on the charges filed against the named defendants.

At this juncture, while it does not appear as of yet that any indictments have been returned against any of the named defendants, based on the representations of the attorneys representing those defendants in the criminal matters, it is anticipated that



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 609-376-2440 • FAX: (609) 777-3607
*New Jersey Is an Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

<pre>
                                              November 29, 2021
                                                         Page 2
</pre>

indictments will be returned.

    A summary of the docket report for the criminal cases has been attached as "Exhibit A."

<pre>
                              Respectfully submitted,

                              JEREMY M. FEIGENBAUM
                              ACTING ATTORNEY GENERAL

                         By:  /s/ Niccole L. Sandora
                              Niccole L. Sandora
                              Deputy Attorney General
</pre>

cc: All counsel of record via electronic filing