# New Jersey Superior Court

**Case Number:** HNT-21-000046

**Case Caption:** STATE OF NJ VS ANTHONY VALVANO, ET AL

**Case Initiation Date:** 02/04/2021

**Crime Type:** OTHER

**Assigned To :** Judge ANGELA F BORKOWSKI

**Case Status:** ACTIVE

## Case Detail

**Prosecutor:** JONATHAN  GILMORE,DAG

**Address:** 5 EXECUTIVE CAMPUS, CHERRY HILL, NJ 08002

**Phone:** (856) 414-8567

**Email:** GILMOREJ@NJDCJ.ORG

## Defendant: (001) ANTHONY J VALVANO    SBI#: 282274E

**Represented by:** JEFFREY G GARRIGAN

**Firm:** CAMMARATA NULTY & GARRIGAN

**Phone:** (201) 656-2222

**Address:** 549 SUMMIT AVE, JERSEY CITY, NJ 073062701

**Email:** JGARRIGAN@CNGLAW.COM

**Fax:**

**Defendant Status:** ACTIVE/NON-FUGITIVE

**Status Change Date:** 02/04/2021

**Charging Document:** COMPLAINT

**Disposition Date:**

**Action:**

**Action Reason:**

**Sentence Date:**

**Sentence Disposition:**

**Probation Time:**

**Incarceration Length:**

**Place Sentence:**

## Warrant Detail

No information available

## Jail Status

No information available

## Charges/Disposition:

**Complaint (CDR) Number:**  S 2021 000021 1025

**Offense Date:** 01/11/2021

| | | | |
|---|---|---|---|
| **Cnt:**  001 | **Statute:** 2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
| | | **Degree:**  2 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |
| **Cnt:**  002 | **Statute:** 2C:28-7A(2) | TAMPER W/PUB RECS-USE OR FILE W/PURP DEFRAUD/INJR | **Aux Stat:** |
| | | **Degree:**  3 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

## Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:**  Inactive

**Commitment Date:**

**Eligible Excludable Time:** 0

**(In Days)**

**Additional Days:** 0

**(Extension Granted)**

**Days Not Detained:** 0

**Potential Release:**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |

| Total Days | 0 | 0 | 0 | |
|---|---|---|---|---|

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Ind/Acc Date:**      **Eligible Excludable Time:** 0      **Additional Days:** 0      **Days Not Detained:** 0      **Potential Release:**

     **(In Days)**      **(Extension Granted)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Excludable Time Start Date | Excludable Time End Date | Excludable Time (In Days) | Defendant in Jail During Excludable Time (In Days) | Days of Overlap Between Excludable Time Orders | Eligible Excludable Time (In Days) | Category / Justification | Attributed To | Order |
| No records found | | | | | | | | |
| Total Days | | 0 | 0 | 0 | | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:** Inactive

**Decision Date:**      **Eligible Excludable Time:** 0      **Days Not Detained:** 0      **Potential Release:**

**(First Bail/Detention Order)**      **(In Days)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Excludable Time Start Date | Excludable Time End Date | Excludable Time (In Days) | Defendant in Jail During Excludable Time (In Days) | Days of Overlap Between Excludable Time Orders | Eligible Excludable Time (In Days) | Category / Justification | Attributed To | Order |
| No records found | | | | | | | | |
| Total Days | | 0 | 0 | 0 | | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

| **Defendant: (002)** AMIR  BETHEA | **SBI#:** 216613H | |
|---|---|---|
| **Represented by:** PETER R WILLIS | **Firm:** WILLIS & NOVEL, LLC | **Phone:** (201) 659-2090 |
| **Address:** 26 JOURNAL SQ STE 1201, JERSEY CITY, NJ 07306 | **Email:** NITZA.RIVERA@WILLISANDNOVEL.COM | **Fax:** (201) 659-1964 |
| **Defendant Status:** ACTIVE/NON-FUGITIVE | **Status Change Date:** 02/04/2021 | |
| **Charging Document:** COMPLAINT | **Disposition Date:** | **Action:** |
| **Action Reason:** | **Sentence Date:** | **Sentence Disposition:** |
| **Probation Time:** | **Incarceration Length:** | **Place Sentence:** |

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

**Complaint (CDR) Number:** S 2021 000019 1025 — **Offense Date:** 01/11/2021

| **Cnt:** 001 | **Statute:** 2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
| --- | --- | --- | --- |
| | | **Degree:** 2 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

| **Cnt:** 002 | **Statute:** 2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
| --- | --- | --- | --- |
| | | **Degree:** 2 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

**Complaint (CDR) Number:** S 2021 000022 1025 — **Offense Date:** 01/11/2021

| **Cnt:** 003 | **Statute:** 2C:28-7A(2) | TAMPER W/PUB RECS-USE OR FILE W/PURP DEFRAUD/INJR | **Aux Stat:** |
| --- | --- | --- | --- |
| | | **Degree:** 3 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

| **Cnt:** 004 | **Statute:** 2C:28-7A(2) | TAMPER W/PUB RECS-USE OR FILE W/PURP DEFRAUD/INJR | **Aux Stat:** |
| --- | --- | --- | --- |
| | | **Degree:** 3 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Commitment Date:**     **Eligible Excludable Time:** 0     **Additional Days:** 0     **Days Not Detained:** 0     **Potential Release:**

(In Days)     (Extension Granted)

| Excludable Time Table | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Ind/Acc Date:**     **Eligible Excludable Time:** 0     **Additional Days:** 0     **Days Not Detained:** 0     **Potential Release:**

| | (In Days) | | (Extension Granted) | | | | | |
|---|---|---|---|---|---|---|---|---|

## Excludable Time Table

| Excludable Time Start Date | Excludable Time End Date | Excludable Time (In Days) | Defendant in Jail During Excludable Time (In Days) | Days of Overlap Between Excludable Time Orders | Eligible Excludable Time (In Days) | Category / Justification | Attributed To | Order |
|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

---

**2 Years/Max Term**

**Speedy Trial Tracking:** Inactive

**Decision Date:**          **Eligible Excludable Time:** 0          **Days Not Detained:** 0          **Potential Release:**

**(First Bail/Detention Order)**          **(In Days)**

## Excludable Time Table

| Excludable Time Start Date | Excludable Time End Date | Excludable Time (In Days) | Defendant in Jail During Excludable Time (In Days) | Days of Overlap Between Excludable Time Orders | Eligible Excludable Time (In Days) | Category / Justification | Attributed To | Order |
|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

---

**New Trial**

No records found

---

**Defendant: (003)** LUIS A GARCIA          **SBI#:** 761164G

**Represented by:** ROBERT R CANNAN          **Firm:** MARKMAN & CANNAN, LLC          **Phone:** (973) 748-2100

**Address:** 391 FRANKLIN ST, BLOOMFIELD, NJ 07003          **Email:** RCANNAN@MARKMANCANNANLAW.COM          **Fax:**

**Defendant Status:** ACTIVE/NON-FUGITIVE          **Status Change Date:** 02/04/2021

**Charging Document:** COMPLAINT          **Disposition Date:**          **Action:**

**Action Reason:**          **Sentence Date:**          **Sentence Disposition:**

**Probation Time:**          **Incarceration Length:**          **Place Sentence:**

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

**Complaint (CDR) Number:** S 2021 000020 1025          **Offense Date:** 01/11/2021

**Cnt:** 001          **Statute:** 2C:30-2B          OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200          **Aux Stat:**

          **Degree:** 2          **Drug type:**

| | Action : | | Action Reason: |
|---|---|---|---|
| | Disposition Date: | | |

**Cnt:** 002    **Statute:** 2C:28-7A(2)    TAMPER W/PUB RECS-USE OR FILE W/PURP DEFRAUD/INJR    **Aux Stat:**

**Degree:** 3    **Drug type:**

Action :    Action Reason:

Disposition Date:

**Cnt:** 003    **Statute:** 2C:12-1B(1)    AGG ASSAULT-ATTEMPT/CAUSE SBI PURP/KNOW/RECKLESS    **Aux Stat:**

**Degree:** 2    **Drug type:**

Action :    Action Reason:

Disposition Date:

---

Speedy Trial Details

**Pre-Indictment Details**

---

**Speedy Trial Tracking:** Inactive

**Commitment Date:**    **Eligible Excludable Time:** 0    **Additional Days:** 0    **Days Not Detained:** 0    **Potential Release:**

(In Days)    (Extension Granted)

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable (In Days)** | **Defendant in Jail During Excludable (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

---

**Speedy Trial Tracking:** Inactive

**Ind/Acc Date:**    **Eligible Excludable Time:** 0    **Additional Days:** 0    **Days Not Detained:** 0    **Potential Release:**

(In Days)    (Extension Granted)

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable (In Days)** | **Defendant in Jail During Excludable (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

---

**Speedy Trial Tracking:** Inactive

**Decision Date:**    **Eligible Excludable Time:** 0    **Days Not Detained:** 0    **Potential Release:**

**(First Bail/Detention Order)**          **(In Days)**

## Excludable Time Table

| Excludable Time Start Date | Excludable Time End Date | Excludable Time (In Days) | Defendant in Jail During Excludable Time (In Days) | Days of Overlap Between Excludable Time Orders | Eligible Excludable Time (In Days) | Category / Justification | Attributed To | Order |
|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained

Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

**Defendant: (004)** MATTHEW D FASCHAN          **SBI#:**  120446G

**Represented by:** ROBERT E DUNN          **Firm:** HANLON DUNN ROBERTSON          **Phone:** (973) 267-8895

**Address:** 33 MARKET ST, MORRISTOWN, NJ 07960          **Email:** BOBDUNNESQ@GMAIL.COM          **Fax:** (973) 267-8666

**Defendant Status:** ACTIVE/NON-FUGITIVE          **Status Change Date:** 02/23/2021

**Charging Document:** COMPLAINT          **Disposition Date:**          **Action:**

**Action Reason:**          **Sentence Date:**          **Sentence Disposition:**

**Probation Time:**          **Incarceration Length:**          **Place Sentence:**

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

**Complaint (CDR) Number:**  S 2021 000031 1025          **Offense Date:**  01/11/2021

| | | |
|---|---|---|
| **Cnt:**  001     **Statute:**  2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
| | **Degree:**  2 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |

| | | |
|---|---|---|
| **Cnt:**  002     **Statute:**  2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
| | **Degree:**  2 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |

**Complaint (CDR) Number:**  S 2021 000032 1025          **Offense Date:**  01/11/2021

| | | |
|---|---|---|
| **Cnt:**  003     **Statute:**  2C:28-7A(1) | TAMPER W/PUB RECS-FALSE ENTRY W/PURP DEFRAUD/INJR | **Aux Stat:** |
| | **Degree:**  3 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Commitment Date:**   **Eligible Excludable**   **Additional Days:** 0   **Days Not Detained:** 0   **Potential Release:**
                       **Time:** 0
                       **(In Days)**            **(Extension Granted)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Ind/Acc Date:**   **Eligible Excludable**   **Additional Days:** 0   **Days Not Detained:** 0   **Potential Release:**
                    **Time:** 0
                    **(In Days)**            **(Extension Granted)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:** Inactive

**Decision Date:**   **Eligible Excludable**   **Days Not Detained:** 0   **Potential Release:**
                     **Time:** 0
**(First Bail/Detention**   **(In Days)**
**Order)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

| **Defendant: (005)** JOSE M IRIZARRY | **SBI#:** | |
|---|---|---|
| **Represented by:** PETER W TILL | **Firm:** PETER W. TILL | **Phone:** (973) 258-0064 |
| **Address:** 105 MORRIS AVENUE SUITE 201, SPRINGFIELD, NJ 07081 | **Email:** PWT@TILL-LAW.COM | **Fax:** |
| **Defendant Status:** ACTIVE/NON-FUGITIVE | **Status Change Date:** 03/18/2021 | |
| **Charging Document:** COMPLAINT | **Disposition Date:** | **Action:** |
| **Action Reason:** | **Sentence Date:** | **Sentence Disposition:** |
| **Probation Time:** | **Incarceration Length:** | **Place Sentence:** |

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

| **Complaint (CDR) Number:** S 2021 000042 1025 | **Offense Date:** 01/11/2021 | |
|---|---|---|
| **Cnt:** 001    **Statute:** 2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
| | **Degree:** 2 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |
| **Cnt:** 002    **Statute:** 2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
| | **Degree:** 2 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |
| **Complaint (CDR) Number:** S 2021 000046 1025 | **Offense Date:** 01/11/2021 | |
| **Cnt:** 003    **Statute:** 2C:12-1B(1) | AGG ASSAULT-ATTEMPT/CAUSE SBI PURP/KNOW/RECKLESS | **Aux Stat:** |
| | **Degree:** 2 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |
| **Cnt:** 004    **Statute:** 2C:12-1B(1) | AGG ASSAULT-ATTEMPT/CAUSE SBI PURP/KNOW/RECKLESS | **Aux Stat:** |
| | **Degree:** 2 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:** Inactive

| **Commitment Date:** | **Eligible Excludable Time:** 0 | **Additional Days:** 0 | **Days Not Detained:** 0 | **Potential Release:** |
|---|---|---|---|---|
| | (In Days) | (Extension Granted) | | |

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:**  Inactive

**Ind/Acc Date:** | **Eligible Excludable Time:**  0 | **Additional Days:**  0 | **Days Not Detained:**  0 | **Potential Release:**
| **(In Days)** | **(Extension Granted)** |

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:**  Inactive

**Decision Date:** | **Eligible Excludable Time:**  0 | **Days Not Detained:**  0 | **Potential Release:**
**(First Bail/Detention Order)** | **(In Days)** |

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | **0** | **0** | **0** | | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

| **Defendant: (006)** COUREY N JAMES | **SBI#:** | |
|---|---|---|
| **Represented by:** MICHAEL N PEDICINI | **Firm:** MICHAEL N. PEDICINI | **Phone:** (973) 635-2555 |
| **Address:** 560 MAIN STREET, CHATHAM TWP, NJ 07928 | **Email:** MICHAEL.PEDICINI@VERIZON.NET | **Fax:** (973) 635-2566 |

**Defendant Status:** ACTIVE/NON-FUGITIVE   **Status Change Date:** 03/18/2021

**Charging Document:** COMPLAINT   **Disposition Date:**   **Action:**

**Action Reason:**   **Sentence Date:**   **Sentence Disposition:**

**Probation Time:**   **Incarceration Length:**   **Place Sentence:**

---

Warrant Detail

No information available

---

Jail Status

No information available

---

Charges/Disposition:

**Complaint (CDR) Number:** S 2021   **Offense Date:** 01/11/2021
000043 1025

| **Cnt:** 001 | **Statute:** 2C:12-1B(1) | AGG ASSAULT-ATTEMPT/CAUSE SBI PURP/KNOW/RECKLESS | **Aux Stat:** |
|---|---|---|---|
| | | **Degree:** 2 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

| **Cnt:** 002 | **Statute:** 2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |
|---|---|---|---|
| | | **Degree:** 2 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

---

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Commitment Date:**   **Eligible Excludable Time:** 0 (In Days)   **Additional Days:** 0 (Extension Granted)   **Days Not Detained:** 0   **Potential Release:**

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Ind/Acc Date:**   **Eligible Excludable Time:** 0 (In Days)   **Additional Days:** 0 (Extension Granted)   **Days Not Detained:** 0   **Potential Release:**

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |

| No records found | | | | |
|---|---|---|---|---|
| **Total Days** | **0** | **0** | **0** | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:** Inactive

**Decision Date:**  **Eligible Excludable Time:** 0  **Days Not Detained:** 0  **Potential Release:**

**(First Bail/Detention Order)**  **(In Days)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

| **Defendant: (007)** TARA M WALLACE | **SBI#:** | |
|---|---|---|
| **Represented by:** SHARON B KEAN | **Firm:** SHARON BITTNER KEAN | **Phone:** (973) 236-9400 |
| **Address:** 244 GREEN VILLAGE RD, MADISON, NJ 079400000 | **Email:** SHARON@KEANLAW.COM | **Fax:** |
| **Defendant Status:** ACTIVE/NON-FUGITIVE | **Status Change Date:** 03/18/2021 | |
| **Charging Document:** COMPLAINT | **Disposition Date:** | **Action:** |
| **Action Reason:** | **Sentence Date:** | **Sentence Disposition:** |
| **Probation Time:** | **Incarceration Length:** | **Place Sentence:** |

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

**Complaint (CDR) Number:** S 2021 000045 1025    **Offense Date:** 01/11/2021

| **Cnt:** 001 | **Statute:** 2C:12-1B(1) | AGG ASSAULT-ATTEMPT/CAUSE SBI PURP/KNOW/RECKLESS | **Aux Stat:** |
|---|---|---|---|
| | | **Degree:** 2 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

| **Cnt:** 002 | **Statute:** 2C:30-2A | OFFICIAL MISCONDUCT-OFFICIAL FUNCTION-BENEFIT >$200 | **Aux Stat:** |
|---|---|---|---|
| | | **Degree:** 2 | **Drug type:** |
| | | **Action :** | **Action Reason:** |
| | | **Disposition Date:** | |

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:**  Inactive

**Commitment Date:**      **Eligible Excludable Time:** 0      **Additional Days:** 0      **Days Not Detained:** 0      **Potential Release:**

     **(In Days)**      **(Extension Granted)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:**  Inactive

**Ind/Acc Date:**      **Eligible Excludable Time:** 0      **Additional Days:** 0      **Days Not Detained:** 0      **Potential Release:**

     **(In Days)**      **(Extension Granted)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:**  Inactive

**Decision Date:**      **Eligible Excludable Time:** 0      **Days Not Detained:** 0      **Potential Release:**

**(First Bail/Detention Order)**      **(In Days)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

---

**Defendant: (008)** GUSTAVO  SARMIENTO JR      **SBI#:** 430409G

**Represented by:** TAMRA D KATCHER | **Firm:** REM KATCHER LAW GROUP | **Phone:** (201) 488-1234

**Address:** 25 EAST SALEM ST STE 400, HACKENSACK, NJ 07601 | **Email:** TKATCHER@REMLAWGROUP.COM | **Fax:**

**Defendant Status:** ACTIVE/NON-FUGITIVE | **Status Change Date:** 03/18/2021 |

**Charging Document:** COMPLAINT | **Disposition Date:** | **Action:**

**Action Reason:** | **Sentence Date:** | **Sentence Disposition:**

**Probation Time:** | **Incarceration Length:** | **Place Sentence:**

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

**Complaint (CDR) Number:** S 2021 000040 1025 | **Offense Date:** 01/11/2021

| **Cnt:** 001 | **Statute:** 2C:12-1B(1) | AGG ASSAULT-ATTEMPT/CAUSE SBI PURP/KNOW/RECKLESS | **Aux Stat:** |

**Degree:** 2 | **Drug type:**

**Action :** | **Action Reason:**

**Disposition Date:**

| **Cnt:** 002 | **Statute:** 2C:30-2B | OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200 | **Aux Stat:** |

**Degree:** 2 | **Drug type:**

**Action :** | **Action Reason:**

**Disposition Date:**

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Commitment Date:** | **Eligible Excludable Time:** 0 | **Additional Days:** 0 | **Days Not Detained:** 0 | **Potential Release:**

     (In Days)      (Extension Granted)

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Ind/Acc Date:**     **Eligible Excludable Time:** 0     **Additional Days:** 0     **Days Not Detained:** 0     **Potential Release:**

       **(In Days)**      **(Extension Granted)**

### Excludable Time Table

| Excludable Time Start Date | Excludable Time End Date | Excludable Time (In Days) | Defendant in Jail During Excludable Time (In Days) | Days of Overlap Between Excludable Time Orders | Eligible Excludable Time (In Days) | Category / Justification | Attributed To | Order |
|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:** Inactive

**Decision Date:**     **Eligible Excludable Time:** 0     **Days Not Detained:** 0     **Potential Release:**

**(First Bail/Detention Order)**      **(In Days)**

### Excludable Time Table

| Excludable Time Start Date | Excludable Time End Date | Excludable Time (In Days) | Defendant in Jail During Excludable Time (In Days) | Days of Overlap Between Excludable Time Orders | Eligible Excludable Time (In Days) | Category / Justification | Attributed To | Order |
|---|---|---|---|---|---|---|---|---|
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

**Defendant: (009)** ANDRAIA S BRIDGES     **SBI#:**

**Represented by:** JAMES V POMACO     **Firm:** JAMES V. POMACO, ESQ.     **Phone:** (973) 235-0906

**Address:** 247 FRANKLIN AVE, NUTLEY, NJ 07110     **Email:** JVPLAW@GMAIL.COM     **Fax:**

**Defendant Status:** ACTIVE/NON-FUGITIVE     **Status Change Date:** 04/27/2021

**Charging Document:** COMPLAINT     **Disposition Date:**     **Action:**

**Action Reason:**     **Sentence Date:**     **Sentence Disposition:**

**Probation Time:**     **Incarceration Length:**     **Place Sentence:**

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

**Complaint (CDR) Number:** S 2021 000056 1025     **Offense Date:** 01/12/2021

**Cnt:** 001     **Statute:** 2C:30-2B     OFFICIAL MISCONDUCT-NON-PERFORM DUTIES-BENEFIT >$200     **Aux Stat:**

**Degree:** 2                                          **Drug type:**

**Action :**                                           **Action Reason:**

**Disposition Date:**

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:**  Inactive

**Commitment Date:**            **Eligible Excludable**      **Additional Days:** 0        **Days Not Detained:**  0        **Potential Release:**
                               **Time:** 0

                               **(In Days)**               **(Extension Granted)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:**  Inactive

**Ind/Acc Date:**               **Eligible Excludable**      **Additional Days:** 0        **Days Not Detained:**  0        **Potential Release:**
                               **Time:** 0

                               **(In Days)**               **(Extension Granted)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:**  Inactive

**Decision Date:**              **Eligible Excludable**      **Days Not Detained:**  0        **Potential Release:**
                               **Time:** 0

**(First Bail/Detention**       **(In Days)**
**Order)**

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

| **Defendant: (010)** EDDIE  MOLINA | **SBI#:** | |
|---|---|---|
| **Represented by:** STEVEN D ALTMAN | **Firm:** BENEDICT & ALTMAN | **Phone:** (732) 745-9000 |
| **Address:** 247 LIVINGSTON AVENUE, NEW BRUNSWICK, NJ 08901 | **Email:** SALTMAN@BENEDICTANDALTMAN.COM | **Fax:** |
| **Defendant Status:** ACTIVE/NON-FUGITIVE | **Status Change Date:** 04/27/2021 | |
| **Charging Document:** COMPLAINT | **Disposition Date:** | **Action:** |
| **Action Reason:** | **Sentence Date:** | **Sentence Disposition:** |
| **Probation Time:** | **Incarceration Length:** | **Place Sentence:** |

Warrant Detail

No information available

Jail Status

No information available

Charges/Disposition:

| **Complaint (CDR) Number:** S 2021 000058 1025 | **Offense Date:** 01/11/2021 | |
|---|---|---|
| **Cnt:** 001    **Statute:** 2C:30-2A | OFFICIAL MISCONDUCT-OFFICIAL FUNCTION-BENEFIT >$200 | **Aux Stat:** |
| | **Degree:** 2 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |
| **Cnt:** 002    **Statute:** 2C:28-7A(1) | TAMPER W/PUB RECS-FALSE ENTRY W/PURP DEFRAUD/INJR | **Aux Stat:** |
| | **Degree:** 3 | **Drug type:** |
| | **Action :** | **Action Reason:** |
| | **Disposition Date:** | |

Speedy Trial Details

**Pre-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Commitment Date:**    **Eligible Excludable Time:** 0    **Additional Days:** 0    **Days Not Detained:** 0    **Potential Release:**

(In Days)    (Extension Granted)

| **Excludable Time Table** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Commitment Date + 90 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**Post-Indictment Details**

**Speedy Trial Tracking:** Inactive

**Ind/Acc Date:** | **Eligible Excludable Time:** 0 | **Additional Days:** 0 | **Days Not Detained:** 0 | **Potential Release:**

(In Days)     (Extension Granted)

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Indictment / Accusation Date + 180 Days + Eligible Excludable Time + Additional Days + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders

**2 Years/Max Term**

**Speedy Trial Tracking:** Inactive

**Decision Date:** | **Eligible Excludable Time:** 0 | **Days Not Detained:** 0 | **Potential Release:**

**(First Bail/Detention Order)**     (In Days)

| Excludable Time Table | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Excludable Time Start Date** | **Excludable Time End Date** | **Excludable Time (In Days)** | **Defendant in Jail During Excludable Time (In Days)** | **Days of Overlap Between Excludable Time Orders** | **Eligible Excludable Time (In Days)** | **Category / Justification** | **Attributed To** | **Order** |
| No records found | | | | | | | | |
| **Total Days** | | | **0** | **0** | **0** | | | |

Potential Release Date = Decision Date + 2 Years** + Eligible Excludable Time Attributed to Defendant + Days Not Detained
Eligible Excludable Time = Defendant in Jail During Excludable Time - Days of Overlap Between Excludable Time Orders
2 Year/Max Term is reduced to 18 months if the highest charge is a 4th degree offense

**New Trial**

No records found

**Case Actions**

| Filed Date | Defendant Name | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 02/04/2021 | VALVANO, ANTHONY J | CONFIDENTIAL COURT NOTICE has been filed by Court | CRM202195010 | 02/04/2021 |
| 02/10/2021 | BETHEA, AMIR | CONFIDENTIAL COURT NOTICE has been filed by Court | CRM2021113218 | 02/10/2021 |
| 02/10/2021 | GARCIA, LUIS A | CONFIDENTIAL COURT NOTICE has been filed by Court | CRM2021113232 | 02/10/2021 |
| 02/15/2021 | VALVANO, ANTHONY J | NOTICE OF APPEARANCE has been filed by Jeffrey Gordon Garrigan, Cammarata Nulty & Garrigan on behalf of Anthony J Valvano | CRM2021123922 | 02/15/2021 |
| 02/24/2021 | VALVANO, ANTHONY J | WAIVER OF FIRST APPEARANCE has been filed by Jeffrey Gordon Garrigan, Cammarata Nulty & Garrigan on behalf of Anthony J Valvano | CRM2021156626 | 02/24/2021 |

| 02/26/2021 | FASCHAN, MATTHEW D | COURT NOTICE has been filed by Court | CRM2021163040 | 02/26/2021 |
|---|---|---|---|---|
| 03/02/2021 | BETHEA, AMIR | NOTICE OF APPEARANCE has been filed by Peter R Willis, Peter R. Willis, Esq Llp on behalf of Amir Bethea | CRM2021173132 | 03/02/2021 |
| 03/03/2021 | FASCHAN, MATTHEW D | NOTICE OF APPEARANCE has been filed by Robert J Galluccio, Goodman Galluccio & Chessin on behalf of Matthew D Faschan | CRM2021178768 | 03/03/2021 |
| 03/03/2021 | FASCHAN, MATTHEW D | WAIVER OF FIRST APPEARANCE has been filed by Robert J Galluccio, Goodman Galluccio & Chessin on behalf of Matthew D Faschan | CRM2021178782 | 03/03/2021 |
| 03/03/2021 | FASCHAN, MATTHEW D | CLERK NOTICE for WAIVER OF FIRST APPEARANCE [CRM2021178782] Good afternoon. I just emailed you the correct waiver of first appearance form that will need to be uploaded to ecourts. thank you | CRM2021179134 | 03/03/2021 |
| 03/03/2021 | FASCHAN, MATTHEW D | WAIVER OF FIRST APPEARANCE has been filed by Robert J Galluccio, Goodman Galluccio & Chessin on behalf of Matthew D Faschan | CRM2021179395 | 03/03/2021 |
| 03/10/2021 | BETHEA, AMIR | WAIVER OF FIRST APPEARANCE has been filed by Peter R Willis, Peter R. Willis, Esq Llp on behalf of Amir Bethea | CRM2021200891 | 03/10/2021 |
| 03/16/2021 | GARCIA, LUIS A | Letter/Correspondence submitted by Robert Rudden Cannan of MARKMAN & CANNAN, LLC. JEDS  EF-605293 | CRM2021217509 | 03/16/2021 |
| 03/16/2021 | GARCIA, LUIS A | Letter/Correspondence submitted by Robert Rudden Cannan of MARKMAN & CANNAN, LLC. JEDS  EF-605343 | CRM2021217547 | 03/16/2021 |
| 03/19/2021 | FASCHAN, MATTHEW D | SUBSTITUTION OF ATTORNEY has been filed by Robert Emmet Dunn, Hanlon Dunn Robertson on behalf of Matthew D Faschan | CRM2021228163 | 03/19/2021 |
| 03/19/2021 | FASCHAN, MATTHEW D | SUBSTITUTION OF ATTORNEY has been filed by Robert Emmet Dunn, Hanlon Dunn Robertson on behalf of Matthew D Faschan CRM2021228163 | CRM2021228269 | 03/19/2021 |
| 03/19/2021 | SARMIENTO JR, GUSTAVO | COURT NOTICE has been filed by Court | CRM2021228285 | 03/19/2021 |
| 03/19/2021 | JAMES, COUREY N | COURT NOTICE has been filed by Court | CRM2021228292 | 03/19/2021 |
| 03/19/2021 | IRIZARRY, JOSE M | COURT NOTICE has been filed by Court | CRM2021228299 | 03/19/2021 |
| 03/19/2021 | WALLACE, TARA M | COURT NOTICE has been filed by Court | CRM2021228312 | 03/19/2021 |
| 03/22/2021 | SARMIENTO JR, GUSTAVO | NOTICE OF APPEARANCE AND DEMAND FOR DISCOVERY has been filed by Tamra Dawn Katcher, Rem Katcher Law Group on behalf of Gustavo Sarmiento Jr | CRM2021233448 | 03/22/2021 |
| 03/25/2021 | SARMIENTO JR, GUSTAVO | WAIVER OF FIRST APPEARANCE has been filed by Tamra Dawn Katcher, Rem Katcher Law Group on behalf of Gustavo Sarmiento Jr | CRM2021244342 | 03/25/2021 |
| 03/25/2021 | SARMIENTO JR, GUSTAVO | CLERK NOTICE for WAIVER OF FIRST APPEARANCE [CRM2021244342] Good afternoon. Please re-file the waiver of first appearance with the Pre-Indictment Conference date of April 30, 2021 @ 1:30 pm filled in. Thank you. | CRM2021247112 | 03/25/2021 |
| 03/29/2021 | SARMIENTO JR, GUSTAVO | WAIVER OF FIRST APPEARANCE has been filed by Tamra Dawn Katcher, Rem Katcher Law Group on behalf of Gustavo Sarmiento Jr | CRM2021253580 | 03/29/2021 |
| 03/31/2021 | IRIZARRY, JOSE M | NOTICE OF APPEARANCE has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021266925 | 03/31/2021 |

| | | | | |
|---|---|---|---|---|
| 03/31/2021 | IRIZARRY, JOSE M | WAIVER OF FIRST APPEARANCE has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021266929 | 03/31/2021 |
| 04/05/2021 | JAMES, COUREY N | NOTICE OF APPEARANCE has been filed by Michael N Pedicini, Michael N. Pedicini on behalf of Courey N James | CRM2021276606 | 04/05/2021 |
| 04/06/2021 | WALLACE, TARA M | MODIFIED NOTICE OF APPEARANCE has been filed by Court | CRM2021281001 | 04/06/2021 |
| 04/06/2021 | WALLACE, TARA M | WAIVER OF FIRST APPEARANCE has been filed by Court | CRM2021281007 | 04/06/2021 |
| 04/06/2021 | WALLACE, TARA M | CORRECTION:  has been filed by Court was changed to NOTICE OF APPEARANCE CRM2021281001 | CRM2021281065 | 04/06/2021 |
| 04/06/2021 | JAMES, COUREY N | WAIVER OF FIRST APPEARANCE has been filed by Michael N Pedicini, Michael N. Pedicini on behalf of Courey N James | CRM2021281578 | 04/06/2021 |
| 04/23/2021 | IRIZARRY, JOSE M | CONFIDENTIAL PTI Application submitted by Peter W Till of PETER W. TILL. JEDS  EF-682306 | CRM2021336112 | 04/23/2021 |
| 04/27/2021 | MOLINA, EDDIE | ENTRY OF APPEARANCE has been filed by Steven D Altman, Benedict & Altman on behalf of Eddie Molina | CRM2021348750 | 04/27/2021 |
| 04/27/2021 | IRIZARRY, JOSE M | CONFIDENTIAL CONFIDENTIAL COMPELLING NEEDS SUBMISSION - PTI has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021349702 | 04/27/2021 |
| 04/29/2021 | BRIDGES, ANDRAIA S | COURT NOTICE has been filed by Court | CRM2021355283 | 04/29/2021 |
| 04/29/2021 | MOLINA, EDDIE | COURT NOTICE has been filed by Court | CRM2021355310 | 04/29/2021 |
| 05/04/2021 | IRIZARRY, JOSE M | CONFIDENTIAL PTI REJECTION LETTER (PROSECUTOR) has been filed by Jonathan S Gilmore, Attorney General Criminal Justice on behalf of the State of NJ | CRM2021368630 | 05/04/2021 |
| 05/13/2021 | IRIZARRY, JOSE M | CONFIDENTIAL Motion - APPEAL PTI REJECTION has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021398860 | 05/13/2021 |
| 05/27/2021 | BRIDGES, ANDRAIA S | NOTICE OF APPEARANCE has been filed by James V Pomaco, James V. Pomaco, Esq. on behalf of Andraia S Bridges | CRM2021442095 | 05/27/2021 |
| 05/28/2021 | BRIDGES, ANDRAIA S | WAIVER OF FIRST APPEARANCE has been filed by James V Pomaco, James V. Pomaco, Esq. on behalf of Andraia S Bridges | CRM2021447726 | 05/28/2021 |
| 05/28/2021 | MOLINA, EDDIE | WAIVER OF FIRST APPEARANCE has been filed by Steven D Altman, Benedict & Altman on behalf of Eddie Molina | CRM2021449384 | 05/28/2021 |
| 06/01/2021 | IRIZARRY, JOSE M | CONFIDENTIAL Motion - COMPEL DISCOVERY has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021454791 | 06/01/2021 |
| 06/02/2021 | IRIZARRY, JOSE M | LETTER IN RESPONSE TO EMERGENT BRIEF has been filed by Jonathan S Gilmore, Attorney General Criminal Justice on behalf of the State of NJ | CRM2021457026 | 06/02/2021 |
| 06/02/2021 | IRIZARRY, JOSE M | COMPEL DISCOVERY [CRM2021454791]  is scheduled for 03:00 PM on 06/23/2021 with Judge Angela F Borkowski. You must attend by video as scheduled. Please contact the court for further details Court Room VIDEO. | CRM2021456298 | 06/02/2021 |
| 06/10/2021 | IRIZARRY, JOSE M | CONFIDENTIAL Motion - OMNIBUS has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021485408 | 06/10/2021 |

| 06/11/2021 | IRIZARRY, JOSE M | CONFIDENTIAL Response to Motion - BRIEF -  COMPEL DISCOVERY has been filed by Caroline Arre Oliveira, Attorney General Criminal Justice on behalf of the State of NJ | CRM2021488368 | 06/11/2021 |
| 06/11/2021 | IRIZARRY, JOSE M | OMNIBUS  [CRM2021485408]  is scheduled for 03:00 PM on 06/15/2021 with Judge Angela F Borkowski. You must attend by video as scheduled. Please contact the court for further details Court Room VIDEO. | CRM2021489188 | 06/11/2021 |
| 06/15/2021 | IRIZARRY, JOSE M | Motion Result: DENIED re: MOTION - COMPEL DISCOVERY [CRM2021454791]  entered on 06/15/2021 | CRM2021523785 | 06/23/2021 |
| 06/23/2021 | IRIZARRY, JOSE M | ORDER re: MOTION - COMPEL DISCOVERY   [CRM2021454791] signed by Judge Angela F Borkowski | CRM2021523786 | 06/23/2021 |
| 06/15/2021 | IRIZARRY, JOSE M | Motion Result: DENIED re: MOTION - OMNIBUS  [CRM2021485408]  entered on 06/15/2021 | CRM2021523794 | 06/23/2021 |
| 06/23/2021 | IRIZARRY, JOSE M | ORDER re: MOTION - OMNIBUS [CRM2021485408] signed by Judge Angela F Borkowski | CRM2021523795 | 06/23/2021 |
| 07/15/2021 | IRIZARRY, JOSE M | APPEAL PTI REJECTION [CRM2021398860]  is scheduled for 02:00 PM on 08/31/2021 with Judge Angela F Borkowski. You must attend by video as scheduled. Please contact the court for further details Court Room VIDEO. | CRM2021592054 | 07/15/2021 |
| 07/22/2021 | IRIZARRY, JOSE M | COURT NOTICE has been filed by Court | CRM2021614739 | 07/22/2021 |
| 07/29/2021 | IRIZARRY, JOSE M | Response to Motion - BRIEF -  APPEAL PTI REJECTION has been filed by Jonathan S Gilmore, Attorney General Criminal Justice on behalf of the State of NJ | CRM2021637635 | 07/29/2021 |
| 08/25/2021 | IRIZARRY, JOSE M | APPEAL PTI REJECTION [CRM2021398860]  is rescheduled for 02:30 PM on 09/21/2021 with Judge Angela F Borkowski. You must attend by video as scheduled. Please contact the court for further details Court Room VIDEO. | CRM2021723686 | 08/25/2021 |
| 08/25/2021 | IRIZARRY, JOSE M | ADJOURNMENT REQUEST has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021722591 | 08/25/2021 |
| 09/17/2021 | IRIZARRY, JOSE M | ADJOURNMENT REQUEST has been filed by Peter W Till, Peter W. Till on behalf of Jose M Irizarry | CRM2021797298 | 09/17/2021 |
| 09/20/2021 | IRIZARRY, JOSE M | APPEAL PTI REJECTION [CRM2021398860]  is rescheduled for 02:30 PM on 10/01/2021 with Judge Angela F Borkowski. You must attend by video as scheduled. Please contact the court for further details Court Room VIDEO. | CRM2021803632 | 09/20/2021 |
| 10/01/2021 | IRIZARRY, JOSE M | ORDER - PTI Rejection Appeal Order has been filed by Court | CRM2021848555 | 10/01/2021 |
| 10/01/2021 | IRIZARRY, JOSE M | DECISION ON APPEAL OF PTI REJECTION has been filed by Court | CRM2021848616 | 10/01/2021 |
| 10/01/2021 | IRIZARRY, JOSE M | Motion Result: DENIED re: MOTION - APPEAL PTI REJECTION [CRM2021398860]  entered on 10/01/2021 | CRM2021856658 | 10/05/2021 |
| 10/01/2021 | IRIZARRY, JOSE M | ORDER re: MOTION - APPEAL PTI REJECTION  [CRM2021398860]  signed by Judge Angela F Borkowski | CRM2021856659 | 10/05/2021 |
| 02/04/2021 | VALVANO, ANTHONY J | Municipal Complaint S-2021-000021-1025 issued | MCS2021114160 | 02/04/2021 |

| 02/04/2021 | BETHEA, AMIR E | Municipal Complaint S-2021-000019-1025 issued | MCS2021114198 | 02/04/2021 |
|---|---|---|---|---|
| 02/04/2021 | BETHEA, AMIR E | Municipal Complaint S-2021-000022-1025 issued | MCS2021114200 | 02/04/2021 |
| 02/04/2021 | GARCIA, LUIS A | Municipal Complaint S-2021-000020-1025 issued | MCS2021114247 | 02/04/2021 |
| 02/09/2021 | BETHEA, AMIR | Municipal Complaint S-2021-000019-1025 Livescan Associated | MCS2021121905 | 02/09/2021 |
| 02/09/2021 | BETHEA, AMIR | Municipal Complaint S-2021-000020-1025 Livescan Associated | MCS2021121908 | 02/09/2021 |
| 02/09/2021 | BETHEA, AMIR | Municipal Complaint S-2021-000022-1025 Livescan Associated | MCS2021123023 | 02/09/2021 |
| 02/23/2021 | FASCHAN, MATTHEW D | Municipal Complaint S-2021-000031-1025 issued | MCS2021151559 | 02/23/2021 |
| 02/23/2021 | FASCHAN, MATTHEW D | Municipal Complaint S-2021-000032-1025 issued | MCS2021151564 | 02/23/2021 |
| 03/18/2021 | IRIZARRY, JOSE M | Municipal Complaint S-2021-000046-1025 issued | MCS2021238521 | 03/18/2021 |
| 03/18/2021 | SARMIENTO JR, GUSTAVO | Municipal Complaint S-2021-000040-1025 issued | MCS2021237582 | 03/18/2021 |
| 03/18/2021 | JAMES, COUREY N | Municipal Complaint S-2021-000043-1025 issued | MCS2021238122 | 03/18/2021 |
| 03/18/2021 | WALLACE, TARA M | Municipal Complaint S-2021-000045-1025 issued | MCS2021238137 | 03/18/2021 |
| 03/18/2021 | IRIZARRY, JOSE M | Municipal Complaint S-2021-000042-1025 issued | MCS2021238388 | 03/18/2021 |
| 03/22/2021 | IRIZARRY, JOSE M | Municipal Complaint S-2021-000042-1025 Livescan Associated | MCS2021251012 | 03/22/2021 |
| 03/22/2021 | IRIZARRY, JOSE M | Municipal Complaint S-2021-000046-1025 Livescan Associated | MCS2021251013 | 03/22/2021 |
| 04/27/2021 | BRIDGES, ANDRAIA S | Municipal Complaint S-2021-000056-1025 issued | MCS2021398651 | 04/27/2021 |
| 04/27/2021 | MOLINA, EDDIE | Municipal Complaint S-2021-000058-1025 issued | MCS2021399345 | 04/27/2021 |