JEREMY M. FEIGENBAUM
ACTING ATTORNEY GENERAL
R.J. Hughes Justice Complex
25 Market Street,
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Sarah Davis and Marcus Hicks.*

By:   Niccole L. Sandora
      Attorney ID# 240632017
      Deputy Attorney General
      (609)376-2958
      Niccole.Sandora@law.njoag.gov

                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
                          TRENTON VICINAGE

|  |  |
|---|---|
| BRIEAUNA GIBSON,<br><br>          PLAINTIFF,<br><br>     v.<br><br>ANTHONY VALVANO; AMIR BETHEA; KELLY BURLIAN; DIANNA TORRES; JOSEPH RIOTTO; FRANCIS CASCARELLI; SCO F/N/U GREEN AKA BASKERVILLE; KEVIN PEREZ; SEAN ST. PAUL; SARAH DAVIS; ROBIN KELLER; AND JOHN DOES 1 TO 10, ALL INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS NEW JERSEY DEPARTMENT OF CORRECTIONS OFFICERS AND/OR EMPLOYEES; MARCUS HICKS, COMMISSIONER OF THE STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, IN HIS OFFICIAL CAPACITY, ONLY,<br>          DEFENDANTS. | HON. MICHAEL A. SHIPP, U.S.D.J.<br>HON. TONIANNE J. BONGIOVANNI, U.S.M.J.<br><br>CIVIL ACTION NO. 3:21-CV-03150<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANTS TO FILE ANY MOTIONS TO DISMISS** |

**THIS MATTER** having come before the Court by the undersigned Jeremy M. Feigenbaum, Acting Attorney General of New Jersey,

through Niccole L. Sandora, Deputy Attorney General, appearing on behalf of Defendants Sarah Davis and Marcus Hicks; for entry of an order extending the motion filing deadline by sixty (60) days, and the parties, having consented to the form and entry of this Order, and the Court having considered the papers submitted herein, and for good cause shown;

**IT IS** on this _____ day of _____, 2022, **ORDERED** that Defendants' time to file any motion to dismiss is hereby extended sixty (60) days, making motion due **March 28, 2022**.

**IT IS FURTHER ORDERED** that this Order does not apply to the Defendants for whom the case has already been stayed.

**IT IS SO ORDERED.**

_____
HONORABLE TONIANNE J. BONGIOVANNI, U.S.M.J.

We consent to the form and entry of the within Order.

| | |
|---|---|
| **THE LAW FIRM OF LYDIA B. COTZ** | **JEREMY M. FEIGENBAUM** |
| Attorney for Plaintiff | **ACTING ATTORNEY GENERAL** |
| Brieauna Gibson | Attorney for Defendants' |
| | Sarah Davis and Marcus Hicks |
| By: /s/ Lydia B. Cotz | By: /s/ Niccole L. Sandora |
| Lydia B. Cotz, Esq. | Niccole L. Sandora |
| | Deputy Attorney General |

-3-

| | |
|---|---|
| **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**<br>Attorneys for Defendant<br>Anthony Valvano | **POST, POLAK, GOODSELL, MACNEILL & STRAUCHELER, P.A.**<br>Attorneys for Defendant<br>Amir Bethea |
| By: /s/ John James Peirano, Jr.<br>     John James Peirano, Jr., Esq. | By: /s/ Frederick Benno Polak<br>     Frederick Benno Polak, Esq. |
| **ARCHER & GREINER, P.C.**<br>Attorneys for Defendants<br>Dianna Torres, Kevin Perez<br>Robin Keller and<br>Joseph Riotto | **PASHMAN STEIN WALDER HAYDEN, P.C.**<br>Attorneys for Defendant<br>Francis Cascarelli |
| By:  /s/ Daniel DeFiglio<br>     Daniel Defiglio, Esq. | By: /s/ Dawn Attwood<br>     Dawn Attwood, Esq. |
| **LITE, DEPALMA, GREENBERG & AFANADOR, LLC**<br>Attorney for Defendant<br>Sean St. Paul | |
| By:   /s/ Victor A. Afanador<br>     Victor A. Afanador, Esq. | |