

### *State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

JEREMY M. FEIGENBAUM
*Acting Attorney General*

MICHELLE L. MILLER
*Director*

March 22, 2022

Hon. Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re: Brieauna Gibson v. Anthony Valvano, et al.
         Civil Action No. 3:21-CV-03150

Dear Judge Bongiovanni:

     This office represents Defendants Sarah Davis and Marcus Hicks in this matter. Following the Court's granting of a stay of the litigation as to Defendants Valvano and Bethea, See ECF Docket Entry No. 52, a consent order was entered, giving the remaining defendants until March 28, 2022 to file any motions to dismiss. See ECF Docket Entries No. 53, 54.

     State Defendants are writing to request an extension of that the filing deadline for all defendants for whom the case has not been stayed, forty-five (45) days, until May 12, 2022. All parties have consented to this request.



March 22, 2022
Page 2

We thank the Court for its time and attention in this matter.

Respectfully submitted,

JEREMY M. FEIGENBAUM
ACTING ATTORNEY GENERAL

By:   /s/ Niccole L. Sandora
       Niccole L. Sandora
       Deputy Attorney General

cc: All counsel of record via ECF.