JEREMY M. FEIGENBAUM
ACTING ATTORNEY GENERAL
R.J. Hughes Justice Complex
25 Market Street,
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Sarah Davis and Marcus Hicks.*

By:   Niccole L. Sandora
      Deputy Attorney General
      Attorney ID# 240632017
      (609)376-2440
      Niccole.Sandora@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| BRIEAUNA GIBSON,<br><br>　　　　PLAINTIFF,<br><br>　　v.<br><br>ANTHONY VALVANO; AMIR BETHEA; KELLY BURLIAN; DIANNA TORRES; JOSEPH RIOTTO; FRANCIS CASCARELLI; SCO F/N/U GREEN AKA BASKERVILLE; KEVIN PEREZ; SEAN ST. PAUL; SARAH DAVIS; ROBIN KELLER; AND JOHN DOES 1 TO 10, ALL INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS NEW JERSEY DEPARTMENT OF CORRECTIONS OFFICERS AND/OR EMPLOYEES; MARCUS HICKS, COMMISSIONER OF THE STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, IN HIS OFFICIAL CAPACITY, ONLY,<br>　　　　　　　　DEFENDANTS. | HON. MICHAEL A. SHIPP, U.S.D.J.<br>HON. TONIANNE J. BONGIOVANNI, U.S.M.J.<br><br>CIVIL ACTION NO. 3:21-CV-03150<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT AS TO DEFENDANTS DAVIS AND HICKS** |

**PLEASE TAKE NOTICE** that on June 6, 2022, the undersigned Jeremy M. Feigenbaum, Acting Attorney General, by Niccole L.

-1-

Sandora, Deputy Attorney General, appearing for Defendants Sarah Davis and Marcus Hicks, shall move for the entry of an Order dismissing Plaintiff's Third Amended Complaint as to the moving defendants.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the attached brief, certification of counsel, and exhibits in support of this motion.

Oral argument is requested if this motion is opposed.

A proposed form of Order is submitted herewith.

```
                          JEREMY M. FEIGENBAUM
                          ACTING ATTORNEY GENERAL OF NEW JERSEY

                      By: /s/ Niccole L. Sandora
                          Niccole L. Sandora
                          Deputy Attorney General
```

**DATED:** May 11, 2022