UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIEAUNA GIBSON,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY VALVANO; AMIR BETHEA; KELLY BURLIAN; DIANNA TORRES; JOSEPH RIOTTO; FRANCIS CASCARELLI; SCO F/N/U GREEN AKA BASKERVILLE; KEVIN PEREZ; SEAN ST. PAUL; SARAH DAVIS; ROBIN KELLER; AND JOHN DOES 1 TO 10, ALL INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS NEW JERSEY DEPARTMENT OF CORRECTIONS OFFICERS AND/OR EMPLOYEES; MARCUS HICKS, COMMISSIONER OF THE STATE OF NEW JERSEY DEPARTMENT OF CORRECTIONS, IN HIS OFFICIAL CAPACITY, ONLY,<br><br>Defendants. | CASE NO. 3:21-cv-03150-MAS-TJB<br><br>Civil Action<br><br>NOTICE OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT AS TO DEFENDANT FRANCIS CASCARELLI |

**PLEASE TAKE NOTICE** that on June 21, 2022, or as soon thereafter as counsel may be heard, the undersigned counsel for defendant Francis Cascarelli shall move for the entry of an Order granting defendant Cascarelli's Motion to Dismiss Plaintiff's Third Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

In support of this motion, defendant Cascarelli shall rely on the enclosed Letter Brief. Defendant Cascarelli further incorporates by reference the moving papers of codefendants Marcus Hicks and Sarah Davis (ECF No. 57), and codefendants Robin Keller, Joseph Riotto, Diana Torres and Kevin Perez (ECF No. 58). A proposed form of order and certificate of service are also enclosed.

Oral argument is requested if opposition is filed.

          PASHMAN STEIN WALDER HAYDEN, PC.

          By: s/ Dawn Attwood
          Dawn Attwood
          Court Plaza South
          21 Main Street, Suite 200
          Hackensack, NJ 07601
          Phone: 201-270-4942
          Email: dattwood@pashmanstein.com
          *Attorneys for Defendant Sgt. Francis Cascarelli*